UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JUAN CABRERA                              :
                                          :
                           Plaintiff,     :
                                          :     1:23-cv-08491 (ALC)
         -against-                        :
                                          :     **ORDER TO SHOW CAUSE**
NGUYEN CUSTOM WOODWORKING,                :
LLC, and TONY NGUYEN,                     :
                                          :
                           Defendants.    :
------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

On November 28, 2023 this Court ordered the non-appearing Defendants **SHOW CAUSE** as to why an Order should not be issued pursuant to Fed. R. Civ. P. 55 entering default judgment against them for failure to answer to the Complaint filed by Plaintiff or otherwise defend this action. ECF No. 7. Defendants have failed to make such showing. Plaintiff is **ORDERED** to file a certificate of default judgment on or before **January 26, 2024**.

**SO ORDERED.**

Dated:  January 9, 2024

    New York, New York                          **ANDREW L. CARTER, JR.**
                                                **United States District Judge**